UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 28　P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

.................................................

DAVID R. GEIGER,

　　　　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　NO. 05-CA-11893-RWZ

FOLEY HOAG LLP RETIREMENT
PLAN, et al.,

　　　　　　　　Defendants.

.................................................

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a), plaintiff David R. Geiger ("Mr. Geiger") hereby mov[es] that the Court enter a preliminary injunction, pending final resolution of this action, including any available appeal or other proceeding for review, ordering defendants Foley Hoag LLP Retirement Plan, Foley Hoag LLP Savings and Retirement Plan, Foley Hoag LLP Money Purchase Pension Plan and Foley Hoag LLP, as administrator of the foregoing plans, their respective officers, agents, servants, employees and attorneys, and all persons in privity or in active concert or participation with any of them, to refrain from assigning, transferring, restricting, encumbering, or otherwise impairing in any way any interest or benefit of Mr. Gei[ger] under the Plans and to fully restore any such interest or benefits already assigned, including al[l] investment gains that said interest or benefits would have earned in the ordinary course based [on] Mr. Geiger's investment elections.

As grounds for his motion, Mr. Geiger relies on his Plaintiff's Memorandum in Suppo[rt] of Motion for Preliminary Injunction and his Affidavit of David R. Geiger, filed herewith.

Respectfully submitted,

_____
David R. Geiger, pro se
22 Tanglewood Road
Wellesley, MA  02481
(781) 431-1411

Dated:  September 28, 2005

Certificate of Service

I, David R. Geiger, pro se, hereby certify that on this 2[8] day of September, 2005, I ser[ved] the foregoing Plaintiff's Motion for Preliminary Injunction upon all parties by causing a copy [of] same to be delivered in hand to Michael P. Boudett, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210, attorney for defendants.

_____
David R. Geiger