David R. Geiger
22 Tanglewood Road
Wellesley, MA 02481



January 10, 2006

**URGENT; BY HAND**

Clerk
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: David R. Geiger v. Foley Hoag LLP Retirement Plan, et al. No. 1:05-cv-11893-RWZ

Dear Sir or Madam:

    I have just realized that a service deadline may arguably be approaching in the above matter and I do not believe I have ever received summonses for the defendants that were added to this action by my amended complaint, i.e., Foley Hoag LLP Money Purchase Pension Plan and Foley Hoag LLP Savings and Retirement Plan. Accordingly, I would appreciate it if you could promptly mail me summonses for each such defendant to my address above.

    If you have any questions about this, or if there is any doubt about your being able to mail the summonses so that I will receive them by this Friday, January 13, please call me at my office at 617-832-1124 (if I am not available you can leave a confidential message in my voice mail). If necessary I may be able to come to the clerk's office personally to pick up the summonses.

    Thank you for your courtesy in this matter.

Very truly yours,

David R. Geiger