AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

David R. Geiger, plaintiff

SUMMONS IN A CIVIL CASE

V.

Foley Hoag LLP Retirement
Plan, et al., defendant.

CASE NUMBER: 05-cv-11893-RWZ

TO: (Name and address of Defendant)

Foley Hoag LLP Money Purchase Pension Plan, 155 Seaport Blvd., Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

David R. Geiger, 22 Tanglewood Rd., Wellesley, MA 02481

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DAVID R. GEIGER,

                Plaintiff,

    v.

FOLEY HOAG LLP RETIREMENT
PLAN, FOLEY HOAG LLP SAVINGS
AND RETIREMENT PLAN, FOLEY
HOAG LLP MONEY PURCHASE
PENSION PLAN and FOLEY
HOAG LLP, as administrator of
each of the foregoing plans,

                Defendants.

No. 05-CA-11893-RWZ

---

### ACKNOWLEDGEMENT OF SERVICE

Defendant Foley Hoag LLP Money Purchase Pension Plan, by and through its administrator Foley Hoag LLP, hereby acknowledges receipt of the summons, complaint and amended complaint in this action, and waives any objection to process or the service thereof.

                                                               _____
                                                                Michael P. Boudett, a partner

Dated: January 13, 2006