%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

David R. Geiger, plaintiff,

V.

Foley Hoag LLP Retirement Plan, et al., defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-CV-11893 RWZ

TO: (Name and address of Defendant)

Foley Hoag LLP Savings and Retirement Plan, 155 Seaport Blvd., Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

David A. Geiger, 22 Tanglewood Rd., Wellesley, MA 02481

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DAVID R. GEIGER,

          Plaintiff,

v.

FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP, as administrator of each of the foregoing plans,

          Defendants.

No. 05-CA-11893-RWZ

---

## ACKNOWLEDGEMENT OF SERVICE

Defendant Foley Hoag LLP Savings and Retirement Plan, by and through its administrator Foley Hoag LLP, hereby acknowledges receipt of the summons, complaint and amended complaint in this action, and waives any objection to process or the service thereof.

*[signature]*
Michael P. Boudett, a partner

Dated: January 13, 2006