**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
N CLERKS OFFICE

2006 APR 14  A 11: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID R. GEIGER,

              Plaintiff,

        v.

FOLEY HOAG LLP RETIREMENT
PLAN, et al.,

              Defendants.

NO. 05-CA-11893-RWZ

**PLAINTIFF'S ASSENTED-TO MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to Fed.R.Civ.P. 6(b) and L.R. 7.1(b)(2), plaintiff David R. Geiger ("Mr.

Geiger") hereby moves that his time to respond to defendants' Motion for Entry of Order (the

"Motion") be enlarged to and including May 8, 2006.  As grounds, Mr. Geiger states as follows:

Mr. Geiger is a working single parent responsible for caring for his two minor children

approximately half the time, maintaining his household fulltime and working as close to fulltime

as he can.  Under the best of circumstances, his "spare" time to deal with personal matters such

as this litigation consists of a few hours on Saturdays.

The present Motion, however, comes at a time which is the polar opposite of the best of

circumstances.  He received the Motion as he was headed out of town on business April 5-7, the

weekend of April 8-9 he was responsible for his two children for all but a couple hours, he will

then only be in town April 10-13, he will then be out of town again on vacation with his children

April 14-22 and he will then be responsible for his children again April 23-24.  While he is in

town April 10-13, he will need to complete his federal and state income tax returns, will need to

-2-

calculate his federal and state estimated taxes (because he pays according to the annualized

installment method, the latter two require the preparation of full pro forma tax returns for the

partial year and then annualization to a full year to calculate the estimated taxes due), will work

only a half day on one of the days because he will again be responsible for his children and has at

least two personal appointments (one an important health care appointment with his daughter) in

addition to his normal work.

For these reasons, the first time Mr. Geiger may realistically be able to review, analyze

and respond to the Motion will be on Monday, April 25, 2006, at which point he will no doubt

have a huge backlog of work from having been out so much of the preceding three weeks. The

requested enlargement until May 8 would at least give Mr. Geiger two weeks starting from his

first practical availability to attempt to respond to the Motion.

In further support of his motion, Mr. Geiger states that defendants have assented thereto.

For all the foregoing reasons, therefore, Mr. Geiger respectfully requests that his motion be allowed.

Respectfully submitted,

David R. Geiger, pro se
22 Tanglewood Road
Wellesley, MA 02481
(781) 431-1411

Assented to:

DEFENDANTS FOLEY HOAG LLP
RETIREMENT PLAN, et al.

By their attorneys:

Michael P. Boudett, BBO #558757
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617)832-1180

Dated: April 12, 2006

## Certificate of Service

I, David R. Geiger, pro se, hereby certify that on this 12th day of April, 2006, I served the foregoing Plaintiff's Motion to Enlarge Time upon all parties by causing a copy of same to be delivered in hand to Michael P. Boudett, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210, attorney for defendants.

David R. Geiger

-3-