UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID R. GEIGER, | |
| Plaintiff, | |
| v. | NO. 05-CA-11893-RWZ |
| FOLEY HOAG LLP RETIREMENT PLAN, et al., | |
| Defendants. | |

**PLAINTIFF'S ASSENTED-TO MOTION
TO RESCHEDULE HEARING**

Plaintiff David R. Geiger ("Mr. Geiger") hereby moves that the hearing on defendants' Motion for Entry of Order, now scheduled for June 1, 2006 at 2 p.m., be rescheduled to a time and date mutually convenient to the Court and parties. As grounds, Mr. Geiger states that the underlying divorce action, the resolution of which could obviate the present action, is scheduled for argument in the Appeals Court the same day and the parties have been informed that they could be called to argue at any time during the day. Moreover, even if the two hearings were to occur at different times on that day, as a working single parent rendered insolvent by the divorce action Mr. Geiger has little "spare" time and no "spare" money and therefore can neither manage to work on the preparation for two hearings in two different actions on that same day or pay counsel to do same.

In further support of his motion, Mr. Geiger states that defendants have assented thereto.

For all the foregoing reasons, therefore, Mr. Geiger respectfully requests that his motion be allowed.

                Respectfully submitted,

_____
David R. Geiger, pro se
22 Tanglewood Road
Wellesley, MA 02481
(781) 431-1411

Assented to:

DEFENDANTS FOLEY HOAG LLP
RETIREMENT PLAN, et al.

By their attorneys:

_____
Michael P. Boudett, BBO #558757
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1180

Dated: May 24, 2006

### Verification

Under the pains and penalties of perjury, I, David R. Geiger hereby state that the facts set forth herein are true and correct or, to the extent offered upon information and belief, that I believe them to be true and correct.

_____
David R. Geiger

### Certificate of Service

I, David R. Geiger, pro se, hereby certify that on this 24th day of May, 2006, I served the foregoing Plaintiff's Assented-to Motion to Reschedule Hearing upon all parties by causing a copy of same to be delivered in hand to Michael P. Boudett, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210, attorney for defendants.

_____
David R. Geiger

2