UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO. 05-CA-11893-RWZ

|  |  |
|---|---|
| DAVID R. GEIGER,<br><br>                  Plaintiff,<br><br>   vs.<br><br>FOLEY HOAG LLP RETIREMENT<br>PLAN, FOLEY HOAG LLP SAVINGS<br>AND RETIREMENT PLAN, FOLEY<br>HOAG LLP MONEY PURCHASE<br>PENSION PLAN and FOLEY HOAG LLP<br>as administrator of each of the foregoing<br>plans,<br><br>                  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Kindly enter my appearance in the above entitled matter on behalf of Karen Leeds who

has filed a Motion to Intervene and a Motion to Dismiss.

June 20, 2006

Respectfully submitted,

RUBIN AND RUDMAN, LLP

By: Frances M. Giordano, BBO #556769
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2006, I served the foregoing Notice of Appearance on behalf of Karen Leeds Plaintiff by causing a copy of same to be mailed, first-class postage prepaid, to him at 22 Tanglewood Road, Wellesley, MA 02481, and upon the Defendants by causing a copy of same to be mailed, first-class postage prepaid, to their attorney of record, James J. Dillon, Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210-2600.

Frances M. Giordano