UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO. 05-CA-11893-RWZ

| | |
|---|---|
| DAVID R. GEIGER,<br>                Plaintiff,<br><br>vs.<br><br>FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP as administrator of each of the foregoing plans,<br>                Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO INTERVENE AS
A DEFENDANT UNDER RULE 24**

Karen Leeds hereby moves pursuant to Fed. R. Civ. P. 24(a) for leave to intervene as a defendant in this action, in order to assert the defenses set forth in her proposed Motion to Dismiss, of which a copy is hereto attached, and in order to be heard in opposition to the plaintiff's motion for preliminary injunction, on the ground, as more fully explained in the attached memorandum of reasons why she should be permitted to intervene, that she has a beneficial interest in the QDROs which are the subject of the action and is so situated that, if the plaintiff is granted the relief he is seeking, her beneficial interest will be destroyed.  The applicant's interest is not being adequately represented by the existing parties.

REQUEST FOR ORAL ARGUMENT

The Intervener wishes to be heard in support of this motion at the hearing already scheduled in this matter on June 29, 2006, at which time the court is going to be asked by the

Defendants to enter a preliminary injunction which harms the Intervener..

I hereby certify that I have conferred with the parties herein and attempted in good faith but without success to resolve or narrow the issues presented herein.

>Respectfully submitted,
>
>KAREN LEEDS,
>
>By her attorneys,
>
>RUBIN AND RUDMAN, LLP
>
>*/s/ Frances M. Giordano*
>
>By: Frances M. Giordano, BBO #556769
>50 Rowes Wharf
>Boston, MA 02110
>(617) 330-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2006, I served the foregoing Motion for Leave to Intervene and Memorandum of Reasons Why with attached exhibits upon the Plaintiff by causing a copy of same to be mailed, first-class postage prepaid, to him at 22 Tanglewood Road, Wellesley, MA 02481, and upon the Defendants by causing a copy of same to be mailed, first-class postage prepaid, to their attorney of record, James J. Dillon, Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210-2600.

>*/s/ Frances M. Giordano*
>Frances M. Giordano