UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILE NO. 05-CA-11893-RWZ

| | |
|---|---|
| DAVID R. GEIGER, | ) |
|                     Plaintiff, | ) |
| vs. | ) |
| FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP as administrator of each of the foregoing plans, | ) |
|                     Defendants | ) |

**MOTION TO DISMISS**

Intervener Karen Leeds hereby requests pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) that the court dismiss the above-entitled action on the ground that this court lacks subject matter jurisdiction under the *Rooker-Feldman* doctrine and on the additional ground that this court must give full faith and credit to the final judgment of divorce and the QDROs entered as final orders by the Massachusetts Probate Court. In the alternative, the Intervener requests that this court exercise its discretion to dismiss this action under the *Colorado River* doctrine. The motion to dismiss rests on the additional ground that the complaint fails to state a claim upon which relief can be granted. The grounds for this motion are more fully explained in the Memorandum of Reasons with supporting exhibits, filed herewith in support of this motion.

REQUEST FOR ORAL ARGUMENT

The Intervener wishes to be heard in support of this motion at the hearing already scheduled in this matter on June 29, 2006, at which time the court is going to be asked by the Defendants to enter a preliminary injunction which harms the Intervener..

I hereby certify that I have conferred with the parties herein and attempted in good faith but without success to resolve or narrow the issues presented herein.

Respectfully submitted,

KAREN LEEDS,

By her attorneys,

RUBIN AND RUDMAN, LLP

By: Frances M. Giordano, BBO #556769
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2006, I served the foregoing Motion To Dismiss and Memorandum of Reasons Why with attached exhibits upon the Plaintiff by causing a copy of same to be mailed, first-class postage prepaid, to him at 22 Tanglewood Road, Wellesley, MA 02481, and upon the Defendants by causing a copy of same to be mailed, first-class postage prepaid, to their attorney of record, James J. Dillon, Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210-2600.

Frances M. Giordano