UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO. 05-CA-11893-RWZ

6/29/06

DAVID R. GEIGER, )
       Plaintiff, )
)
vs. )
)
FOLEY HOAG LLP RETIREMENT )
PLAN, FOLEY HOAG LLP SAVINGS )
AND RETIREMENT PLAN, FOLEY )
HOAG LLP MONEY PURCHASE )
PENSION PLAN and FOLEY HOAG LLP )
as administrator of each of the foregoing )
plans, )
       Defendants )

## NOTICE OF APPEARANCE

Kindly enter my appearance in the above entitled matter on behalf of Karen Leeds who has filed a Motion to Intervene and a Motion to Dismiss.

June 29, 2006

Respectfully submitted,

_____
Ann Wagner, BBO #546788
60 Seaview Avenue
Marshfield, MA 02050
(617) 834-0509

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of June, 2006, I served the foregoing Notice of Appearance on behalf of Karen Leeds on the Plaintiff by causing a copy of same to be hand delivered to him at the federal district court for Massachusetts, and upon the Defendants by causing a copy of same to be hand delivered to their attorney of record, James J. Dillon, at the federal district court for Massachusetts.

_____
ANN WAGNER