UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO. 05-CA-11893-RWZ

| | |
|---|---|
| DAVID R. GEIGER, | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP as administrator of each of the foregoing plans, | ) |
|        Defendants | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on this 29st day of June, 2006, I served a second copy of Karen Leeds' Memorandum of Reasons Why Karen Leeds Should be Permitted to Intervene and be Heard in Opposition to the Proposed Order and In Support of her Motion to Dismiss upon the Plaintiff by mailing a copy of first-class postage prepaid, to him at 22 Tanglewood Road, Wellesley, MA 02481, and upon the Defendants by causing a copy of same to be mailed, first-class postage prepaid, to their attorney of record, James J. Dillon, Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210-2600.

*Frances M. Giordano* (signature)
Frances M. Giordano