UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO. 05-CA-11893-RWZ

DAVID R. GEIGER, )
    Plaintiff, )
)
vs. )
)
FOLEY HOAG LLP RETIREMENT )
PLAN, FOLEY HOAG LLP SAVINGS )
AND RETIREMENT PLAN, FOLEY )
HOAG LLP MONEY PURCHASE )
PENSION PLAN and FOLEY HOAG LLP )
as administrator of each of the foregoing )
plans, )
    Defendants )

## CERTIFICATE OF SERVICE

I hereby certify that on this 29st day of June, 2006, I served a second copy of Karen Leeds' Motion to Dismiss upon the Plaintiff by mailing a copy of first-class postage prepaid, to him at 22 Tanglewood Road, Wellesley, MA 02481, and upon the Defendants by causing a copy of same to be mailed, first-class postage prepaid, to their attorney of record, James J. Dillon, Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210-2600.

*Frances M. Giordano*
Frances M. Giordano