

**RUBIN AND RUDMAN** LLP
Attorneys at Law

T: 617.330.7000   F: 617.330.7550
50 Rowes Wharf, Boston, MA 02110

Frances M. Giordano
Direct Dial: (617) 330-7008
E-mail: fgiordano@rubinrudman.com

October 27, 2006

Jay Johnson, Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: Geiger v. Foley Hoag et al., No. 05-CA-11893-RWZ

Dear Clerk Johnson:

    Enclosed for filing on paper, because of the impoundment order still in effect in the Massachusetts court, is a Memorandum and Order Pursuant To Rule 1:28, entered by the Massachusetts Appeals Court on October 24, 2006. I wish to bring this decision to Judge Zobel's attention in connection with Intervener Karen Leed's motion to dismiss the above-entitled case, which is pending before Judge Zobel. This Massachusetts Appeals Court decision affirms the judgment of divorce upon which our motion to dismiss rests, and expressly approves the award of the bulk of the husband's retirement assets to the wife. *See*, Memorandum and Order at p. 20-21. The plaintiff in the above-entitled action, David Geiger, has opposed our motion to dismiss the above-entitled federal case in part based on his assertion that the Massachusetts judgment of divorce was not final, because his appeal from that judgment was pending.

    Mr. Geiger has 14 days from October 24 to petition for a rehearing, and 20 days from October 24 to file an application for leave to obtain further appellate review in the Massachusetts Supreme Judicial Court. He has (unsuccessfully) exercised these rights in his past appeals and may well exercise them again. It is extremely unlikely in my opinion that Mr. Geiger will be accorded either a rehearing or further appellate review. I will write again to inform you when Mr. Geiger has completely exhausted his state court appellate remedies.

Jay Johnson, Clerk
October 27, 2006
Page 2

      Thank you for your assistance in this matter and please feel free to contact me if you have any questions.

                                        Very truly yours,

                                        Frances M. Giordano

FMG/ldd
cc: Mr. David R. Geiger, pro se (w/o encl)
    James J. Dillon, Esq.   (w/o encl)
    Ms. Karen Leeds (w/o encl.)