UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN LEEDS
        Intervenor Plaintiff

DAVID R. GEIGER
        Plaintiff

V.

FOLEY HOAG LLP RETIREMENT PLAN
        Defendant

CIVIL ACTION

NO. 05CV11893-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the Judge's MEMORANDUM OF DECISION AND ORDER on 12/20/06;

    JUDGMENT is entered DISMISSING the case.

                          By the Court,

12/20/06                               s/ Lisa A. Urso
Date                                     Deputy Clerk