UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN 17 P 1: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

..................................................

DAVID R. GEIGER,

            Plaintiff,

v.                                      NO. 05-CA-11893-RWZ

FOLEY HOAG LLP RETIREMENT
PLAN, et al.,

            Defendants.

..................................................

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Fed.R.App.P. 3 and 4, and all other available authority, plaintiff David R. Geiger ("Mr. Geiger") appeals to the United States Court of Appeals for the First Circuit from the December 20, 2006 judgment entered herein and all other orders incorporated therein, including but not limited to the Memorandum of Decision and Order of the same date.

                                      Respectfully submitted,

                                      _____
                                      David R. Geiger, pro se
                                      22 Tanglewood Road
                                      Wellesley, MA  02481
                                      (781) 431-1411

Dated: January 17, 2007

### Certificate of Service

I, David R. Geiger, pro se, hereby certify that on this 17th day of January, 2007, I served the foregoing Notice of Appeal upon all parties herein by causing a copy of same to be mailed by first-class mail, postage prepaid, to Michael P. Boudett, Esq., Foley Hoag LLP, 155 Seaport

-2-

Boulevard, Boston, MA 02210, attorney for defendants, and Frances M. Giordano, Esq., Rubin and Rudman LLP, 50 Rowes Wharf, Boston, MA 02110, attorney for the Intervenor.

_____
David R. Geiger