UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO. 05-CA-11893-RWZ

| | |
|---|---|
| DAVID R. GEIGER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP as administrator of each of the foregoing plans, | ) ) ) ) ) ) |
| Defendants | ) |

## INTERVENER PLAINTIFF'S MOTION FOR
## ATTORNEY'S FEES PURSUANT TO ERISA

Intervener Plaintiff Karen Leeds hereby moves pursuant to 29 U.S.C.A. §1132(g)(2) for an award of attorney's fees incurred in defending this action against Plaintiff David R. Geiger, on the grounds, as more fully explained in the attached memorandum of reasons why an award should be made, that prosecution of this case by the Plaintiff was grossly unfair, that the Plaintiff has a substantial ability to satisfy the fee award, that the assessment of fees will deter other divorce litigants from attempting to relitigate the assignment of retirement benefits to their spouse by a state court in federal court, and that the Plaintiff's suit was wholly without merit.

I hereby certify that I have conferred with the parties herein and attempted in good faith but without success to resolve or narrow the issues presented herein.

This motion is supported by an affidavit of counsel with time and billing records attached.

734089_1

WHEREFORE Intervener Plaintiff Karen Leeds requests that Plaintiff David R. Geiger be ordered to pay her an award of attorney's fees in the amount of Thirty-One Thousand Seven Hundred Sixty-Five dollars and fifty cents ($31,765.50).

Dated:  January 26, 2007                     Respectfully submitted,

KAREN LEEDS,

By her attorneys,

RUBIN AND RUDMAN, LLP


 /s/  Frances M. Giordano
By: Frances M. Giordano, BBO #556769
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

Ann Wagner, BBO #545738
60 Seaview Avenue
Marshfield, MA 02050
(781) 834-0509

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 26th day of January, 2007.

/s/   Frances M. Giordano
Frances M. Giordano