UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILE NO. 05-CA-11893-RWZ

| | |
|---|---|
| DAVID R. GEIGER,<br>     Plaintiff,<br><br>vs.<br><br>FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP as administrator of each of the foregoing plans,<br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF
INTERVENER PLAINTIFF'S MOTION FOR FEES**

Ann Wagner hereby states under pains and penalties of perjury:

1. I am a member in good standing of the Bar of this court, as well as the Bars of the Commonwealth and of New York State, of the Second Circuit Court of Appeals, and of the Federal District Court for the Southern District of New York.

2. I have been assisting in the representation of the Intervener Plaintiff Karen Leeds ["Ms. Leeds"] since June, 2001, in the many proceedings brought in the Massachusetts appellate courts by Plaintiff David Geiger ["Geiger"] in connection with the parties' divorce, commenced by Ms. Leeds in 1999.

3. I have been the attorney principally responsible for representing Ms. Leeds in all appellate proceedings and in this matter. I have been assisted by Francis M. Giordano, who is an

experienced domestic relations attorney and who was lead trial counsel for Ms. Leeds in the divorce proceeding.

4. I was admitted to the bar of the State of New York in 1969. I worked on numerous federal court cases including appeals while employed as a staff attorney at the N.A.A.C.P. Legal Defense and Educational Fund, Inc. in the 1970's. Since being admitted to the Massachusetts bar in 1985, my practice has consisted of providing research and writing support to attorneys engaged in litigation in a wide range of cases in both state and federal courts. In addition, I have handled numerous appeals in the Massachusetts appellate courts, including many appeals involving domestic relations matters. I have been certified by the Committee For Public Counsel Services to handle appeals in both criminal and family law matters.

5. Attached is a true copy of the relevant time and billing records of Rubin & Rudman.

6. The legal services rendered to Ms. Leeds in direct connection with this matter have to date cost a total of Thirty-One Thousand Seven Hundred Sixty-Five dollars and fifty cents ($31,765.50).[1] My time is billed at the rate of $350/hour and Attorney Giordano's time is billed at the rate of $325/hour.

7. We exposed Ms. Leeds to the cost of this parallel litigation with great reluctance, because her bill in connection with her divorce has been unduly high as a direct result of Mr.

---

[1] Leeds' costs during the period this case has been pending totaled $2,432.90. Leeds is not requesting an allowance for costs in this motion because, although costs were certainly incurred accessing the PACER system to check the docket and obtain copies of pleadings before Leeds intervened, to make copies of pleadings and exhibits filed by Leeds herein, and to hand deliver copies of the various papers to the court because of the state court impoundment order, the billing entries do not permit the costs associated with this case to be separated from costs incurred in connection with state court proceedings.

Geiger's excessive litigation.[2]

8. Before moving to intervene, we attempted to persuade the Plan Administrator, Foley Hoag, to shoulder the burden of defending against Mr. Geiger's unfounded complaint in this matter. From September, 2005, into January, 2006, 13.25 hours was expended understanding Geiger's claims in light of ERISA, as construed and applied by the courts ("Legal Research"), and 2 hours was expended periodically checking the federal docket and obtaining and reviewing copies of pleadings filed by Mr. Geiger. Six (6) hours was expended writing a letter to Foley Hoag in December, 2005, to inquire what position Foley Hoag intended to take in this case (if and when served with process) and writing a second letter in January, 2006 to urge Foley, Hoag, if and when it did appear, to defend against Geiger's complaint, as well as Geiger's motion for a preliminary injunction.

9. Foley, Hoag responded that its fiduciary duties to both parties required that it remain neutral.[3]

10. During the period January through May, 2006, 4.75 hours was expended on additional legal research, correspondence with Foley Hoag, and review of the docket and pleadings filed in this case.

11. In June, 2006, preparation of a motion to intervene and a motion to dismiss with a

---

[2]Both the state Probate Court and Appeals Court found that Geiger has taken a "scorched earth" approach to this case. The Appeals Court found that Leeds has had to bear the brunt of Geiger's approach. Her total attorney's fees to date in connection with what should have been a garden-variety divorce proceeding are approaching $400,000.

[3]Nonetheless, we took no steps to intervene on Leeds' behalf at that time because, until Foley, Hoag appeared in the case in response to proper service of process, the case remained inactive.

3

supporting memorandum required 30 hours, culminating in my appearance at a motion hearing on June 29, 2006.[4]

12. In August, 2006, it was necessary to review Geiger's opposition to the motion to dismiss, and his motion for sanctions. Not only did I conclude that no reply was needed, but I felt optimistic enough about the success of our motion to dismiss, in light of Geiger's opposition, to begin preparation of a motion for attorney's fees.

13. I resumed preparation of our motion for attorney's fees following the allowance of our motion to dismiss. The time expended researching attorney's fee awards under ERISA, reviewing the time and billing records, and preparing the motion, memorandum, affidavit, and exhibits totaled an additional 21.25 hours.

Signed under the pains and penalties of perjury this 19th day of January, 2007.

/s/ Ann Wagner
―――――――――――――
Ann Wagner

---

[4]Foley, Hoag appeared in this case on April 5, 2006, and filed a motion for entry of a preliminary injunction which would continue the freeze on Leeds' retirement accounts. I attended the hearing on Foley, Hoag's motion prepared to argue the motion to intervene and, if the motion to intervene were to be allowed, to argue in opposition to Foley, Hoag's motion. As it happened intervention could not be allowed that day, because Geiger objected that he had had insufficient notice and asked for time to file an opposition to Leeds' motion to intervene.

Case 1:05-cv-11893-RWZ    Document 34-2    Filed 01/26/2007    Page 1 of 5

Billed and Unbilled Recap of Time Detail [10992-001 - Domestic vs. David Geiger]   Page 1
Client:10992 - Leeds, Karen    12/21/2006 5:12:06 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 09/30/2005 | FMG | FRANCES GIORDANO | 0.17 | 55.25 | Telephone Call with Client; Review Letter | 10992-001 | 1280152 |
| 10/19/2005 | | Invoice=313116 | 0.17 | 55.25 | from J. Dillon (Foley Hoag) | | |
| 10/28/2005 | AEW | ANN WAGNER | 1.50 | 525.00 | Legal Research regarding ERISA/Federal Court. | 10992-001 | 1293119 |
| 11/15/2005 | | Invoice=314133 | 1.50 | 525.00 | | | |
| 10/31/2005 | AEW | ANN WAGNER | 1.75 | 612.50 | Legal Research regarding ERISA/Federal Court. | 10992-001 | 1293120 |
| 11/15/2005 | | Invoice=314133 | 1.75 | 612.50 | | | |
| 11/01/2005 | FMG | FRANCES GIORDANO | 0.17 | 55.25 | Telephone Call with AW re: Appeal. | 10992-001 | 1295273 |


EXHIBIT 1

Billed and Unbilled Recap Of Time Detail [10992-001 - Domestic / vs. David Geiger]
Client:10992 - Leeds, Karen   12/21/2006 5:12:06 PM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 1/08/2005 | AEW | ANN WAGNER | 0.50 | 175.00 | Telephone Call with Michael Taft, Esq. re: | 10992-001 | 1296060 |
|  |  | Invoice=316065 | 0.50 | 175.00 | Federal Court. |  |  |
| 1/10/2005 | AEW | ANN WAGNER | 1.00 | 350.00 | Legal Research re: Federal Case. | 10992-001 | 1302440 |
|  |  | Invoice= |  |  |  |  |  |
| 1/14/2005 | AEW | ANN WAGNER | 0.25 | 87.50 | Legal Research. | 10992-001 | 1302444 |
|  |  | Invoice=316065 |  |  |  |  |  |
| 1/17/2005 | AEW | ANN WAGNER | 0.25 | 87.50 | Review File Fed. case | 10992-001 | 1302448 |
| 2/19/2005 |  | Invoice=316065 | 0.25 | 87.50 |  |  |  |
| 1/18/2005 | AEW | ANN WAGNER | 0.25 | 87.50 | Review Other Party's Letter to Clerk of Court | 10992-001 | 1302449 |
| 2/19/2005 |  | Invoice=316065 | 0.25 | 87.50 |  |  |  |
| 1/18/2005 | AEW | ANN WAGNER | 0.50 | 175.00 | Telephone Call with Probate Court Appeal's | 10992-001 | 1302450 |
| 2/19/2005 |  | Invoice=316065 | 0.50 | 175.00 | Clerk |  |  |
| 1/18/2005 | AEW | ANN WAGNER | 0.25 | 87.50 | Draft Letter to Register of Probate | 10992-001 | 1302453 |
| 2/19/2005 |  | Invoice=316065 | 0.25 | 87.50 |  |  |  |

Case 1:05-cv-11893-RWZ   Document 34-2   Filed 01/26/2007   Page 3 of 5

Billed and Unbilled Recap Of Time Detail - [10992-001 - Domestic / Vs. David Geiger]   Page 3
Client:10992 - Leeds, Karen   12/21/2006 5:12:06 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/28/2005 | AEW | ANN WAGNER | 2.50 | 875.00 | Draft Pleadings-Motion to Intervene and | 10992-001 | 1314578 |
| 01/20/2006 | | Invoice=316761 | 2.50 | 875.00 | Answer (Fed.) | | |
| 11/29/2005 | AEW | ANN WAGNER | 1.75 | 612.50 | Legal Research re: Erisa | 10992-001 | 1314579 |
| 01/20/2006 | | Invoice=316761 | 1.75 | 612.50 | | | |
| | | | | | | 10992-001 | 1304952 |
| 11/30/2005 | AEW | ANN WAGNER | 4.34 | 1,519.00 | Legal Research Re: Erisa; Telephone | 10992-001 | 1314580 |
| 01/20/2006 | | Invoice=316761 | 4.34 | 1,519.00 | conference with FMG | | |
| 12/01/2005 | CPB | CAROLINE BLAIR | 1.25 | 93.75 | Travel to Federal Courthouse to Copy | 10992-001 | 1310671 |
| 01/20/2006 | | Invoice=316761 | 1.25 | 93.75 | Pleadings in Geiger v. Foley Hoag. | | |
| 12/01/2005 | AEW | ANN WAGNER | 0.25 | 87.50 | Legal Research re: Erisa | 10992-001 | 1314581 |
| 01/20/2006 | | Invoice=316761 | 0.25 | 87.50 | | | |
| 12/01/2005 | AEW | ANN WAGNER | 2.75 | 962.50 | Legal Research re: Erisa | 10992-001 | 1314582 |
| 01/20/2006 | | Invoice=316761 | 2.75 | 962.50 | | | |
| 12/05/2005 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Other Party's Pleadings re: Federal | 10992-001 | 1308759 |
| 01/20/2006 | | Invoice=316761 | 0.25 | 81.25 | Court Preliminary Injunction. | | |
| 12/07/2005 | AEW | ANN WAGNER | 2.50 | 875.00 | Draft Letter to Foley Hoag | 10992-001 | 1314583 |
| 01/20/2006 | | Invoice=316761 | 2.50 | 875.00 | | | |
| 12/13/2005 | AEW | ANN WAGNER | 0.75 | 262.50 | Draft Letter to Foley Hoag | 10992-001 | 1314584 |
| 01/20/2006 | | Invoice=316761 | 0.75 | 262.50 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 12/20/2005 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Telephone Call with Client; Review | 10992-001 | 1315583 |
| 01/20/2006 | | Invoice=316761 | 0.25 | 81.25 | Letter/Electronic Transmittal from Client. | | |
| 12/20/2005 | FMG | FRANCES GIORDANO | 0.17 | 55.25 | Telephone Call with Client. | 10992-001 | 1315594 |
| 01/20/2006 | | Invoice=316761 | 0.17 | 55.25 | | | |
| 01/03/2006 | FMG | FRANCES GIORDANO | 0.75 | 243.75 | Review Letter from J. Dillon re: Federal | 10992-001 | 1320663 |
| 02/21/2006 | | Invoice=318401 | 0.75 | 243.75 | Court Action; Telephone Call with AW. | | |
| 01/03/2006 | AEW | ANN WAGNER | 0.50 | 175.00 | Telephone Call with FMG. | 10992-001 | 1323750 |
| 02/21/2006 | | Invoice=318401 | 0.50 | 175.00 | | | |
| 01/04/2006 | AEW | ANN WAGNER | 2.50 | 875.00 | Draft Letter to Foley Hoag | 10992-001 | 1323765 |
| 02/21/2006 | | Invoice=318401 | 2.50 | 875.00 | | | |
| 01/06/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Revise/Edit Letter to Attorney Dillon. | 10992-001 | 1320696 |
| 02/21/2006 | | Invoice=318401 | 0.25 | 81.25 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 01/31/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Letter from J. Dillon; Draft | 10992-001 | 1332931 |
| 02/21/2006 |  | Invoice=318401 | 0.25 | 81.25 | Letter/Electronic Transmittal to Client. |  |  |

Case 1:05-cv-11893-RWZ    Document 34-3    Filed 01/26/2007    Page 1 of 5

Billed and Unbilled Recap Of Time Detail - [10992-001 - Domestic / vs. David Geiger]                    Page 7
Client:10992 - Leeds, Karen   12/21/2006 5:12:06 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/14/2006 | AEW | ANN WAGNER | 1.00 | 350.00 | Legal Research | 10992-001 | 1358371 |
| 04/19/2006 | | Invoice=321253 | 1.00 | 350.00 | | | |
| 03/17/2006 | FMG | FRANCES GIORDANO | 0.50 | 162.50 | Telephone Call with A. Wagner re: Attorneys' | 10992-001 | 1352350 |
| 04/19/2006 | | Invoice=321253 | 0.50 | 162.50 | Fees/Federal Suit and Contempt. | | |
| 03/17/2006 | AEW | ANN WAGNER | 0.50 | 175.00 | Telephone Call with F. Giordano. | 10992-001 | 1358326 |
| 04/19/2006 | | Invoice=321253 | 0.50 | 175.00 | | | |
| 03/18/2006 | AEW | ANN WAGNER | 1.00 | 350.00 | Draft Letter to Foley Hoag; Draft Internal | 10992-001 | 1358334 |
| 04/19/2006 | | Invoice=321253 | 1.00 | 350.00 | Office Memo to F. Giordano. | | |
| 03/24/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Letter from J. Dillon. | 10992-001 | 1357882 |
| 04/19/2006 | | Invoice=321253 | 0.25 | 81.25 | | | |
| 05/26/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Other Party's Pleadings re: Federal | 10992-001 | 1382755 |
| 06/22/2006 | | Invoice=324526 | 0.25 | 81.25 | action. | | |
| 05/26/2006 | AEW | ANN WAGNER | 0.75 | 262.50 | Review File and Federal Court Docket. | 10992-001 | 1388809 |
| 07/27/2006 | | Invoice=325991 | 0.75 | 262.50 | | | |
| 05/26/2006 | AEW | ANN WAGNER | 0.75 | 262.50 | Review file and Federal Court Docket. | 10992-001 | 1395548 |
| 07/27/2006 | | Invoice=325991 | 0.75 | 262.50 | | | |

Billed and Unbilled Recap Of Time Detail - [10992-001 - Domestic / vs. David Geiger]         Page 8
Client:10992 - Leeds, Karen   12/21/2006 5:12:06 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/06/2006 | AEW | ANN WAGNER | 3.50 | 1,225.00 | Draft memorandum and motions regarding | 10992-001 | 1395521 |
| 07/27/2006 | | Invoice=325991 | 3.50 | 1,225.00 | intervention regarding Federal Court. | | |
| 06/07/2006 | AEW | ANN WAGNER | 1.00 | 350.00 | Legal research. | 10992-001 | 1395522 |
| 07/27/2006 | | Invoice=325991 | 1.00 | 350.00 | | | |
| 06/09/2006 | AEW | ANN WAGNER | 6.25 | 2,187.50 | Legal research regarding Federal Court | 10992-001 | 1395523 |
| 07/27/2006 | | Invoice=325991 | 6.25 | 2,187.50 | action. | | |
| 06/12/2006 | AEW | ANN WAGNER | 7.25 | 2,537.50 | Draft motion to dismiss and memorandum. | 10992-001 | 1395525 |
| 07/27/2006 | | Invoice=325991 | 7.25 | 2,537.50 | | | |
| 06/13/2006 | AEW | ANN WAGNER | 2.00 | 700.00 | Draft motion to dismiss and memorandum. | 10992-001 | 1395526 |
| 07/27/2006 | | Invoice=325991 | 2.00 | 700.00 | | | |
| 06/14/2006 | AEW | ANN WAGNER | 3.50 | 1,225.00 | Draft motion to dismiss and memorandum. | 10992-001 | 1395527 |
| 07/27/2006 | | Invoice=325991 | 3.50 | 1,225.00 | | | |
| 06/15/2006 | AEW | ANN WAGNER | 4.50 | 1,575.00 | Draft motion to dismiss and memorandum. | 10992-001 | 1395528 |
| 07/27/2006 | | Invoice=325991 | 4.50 | 1,575.00 | | | |
| 06/15/2006 | AEW | ANN WAGNER | 0.17 | 59.50 | Telephone call with FMG. | 10992-001 | 1395529 |
| 07/27/2006 | | Invoice=325991 | 0.17 | 59.50 | | | |
| 06/15/2006 | WSB | WILLIAM BROWDER | 1.00 | 75.00 | Preparation; copied exhibits; Reviewed Red | 10992-001 | 1392511 |
| 07/27/2006 | | Invoice=325991 | 1.00 | 75.00 | Ropes for Exhibits. | | |
| 06/15/2006 | FMG | FRANCES GIORDANO | 1.00 | 325.00 | Telephone call with A. Wagner. | 10992-001 | 1392587 |
| 07/27/2006 | | Invoice=325991 | 1.00 | 325.00 | | | |
| 06/15/2006 | AJT | AMIE TRACIA | 3.75 | 281.25 | Review of file for Exhibits, copied, prepared | 10992-001 | 1393222 |
| 07/27/2006 | | Invoice=325991 | 3.75 | 281.25 | for filing in Federal Court action. | | |
| 06/16/2006 | AEW | ANN WAGNER | 0.34 | 119.00 | Telephone call with J. Dillon, Esq. | 10992-001 | 1395530 |
| 07/27/2006 | | Invoice=325991 | 0.34 | 119.00 | | | |
| 06/16/2006 | AJT | AMIE TRACIA | 0.50 | 37.50 | File and Red Rope re-organization; copy | 10992-001 | 1392482 |
| 07/27/2006 | | Invoice=325991 | 0.50 | 37.50 | exhibits to Memo. | | |
| 06/19/2006 | AJT | AMIE TRACIA | 1.00 | 75.00 | Preparation; converted exhibits into PDF | 10992-001 | 1392708 |
| 07/27/2006 | | Invoice=325991 | 1.00 | 75.00 | files for submission to Court; Draft cover | | |
| | | | | | letter to Fed. Court; file organization. | | |
| 06/20/2006 | AJT | AMIE TRACIA | 3.75 | 281.25 | Preparation - reviewed exhibits, edited | 10992-001 | 1393224 |
| 07/27/2006 | | Invoice=325991 | 3.75 | 281.25 | exhibits, researched rules re: Elec/filing in | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | Fed. Ct.; Internal office conferences with LDD and AW. | | |
| 06/20/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Letter from D. Geiger. | 10992-001 | 1394277 |
| 07/27/2006 | | Invoice=325991 | 0.25 | 81.25 | | | |
| 06/20/2006 | AEW | ANN WAGNER | 0.34 | 119.00 | Telephone call with D. Geiger. | 10992-001 | 1395532 |
| 07/27/2006 | | Invoice=325991 | 0.34 | 119.00 | | | |
| 06/21/2006 | AEW | ANN WAGNER | 1.50 | 525.00 | Draft letter to Fed CT. | 10992-001 | 1395533 |
| 07/27/2006 | | Invoice=325991 | 1.50 | 525.00 | | | |
| 06/21/2006 | AJT | AMIE TRACIA | 1.75 | 131.25 | Preparation of Exhibits for filing; redacted exhibits, drafted e-mail to A. Wagner and FMG. | 10992-001 | 1394290 |
| 07/27/2006 | | Invoice=325991 | 1.75 | 131.25 | | | |
| 06/21/2006 | AJT | AMIE TRACIA | 1.25 | 93.75 | Electronically filed Motions and Memo with Fed. Court; hand delivered Exhibits. | 10992-001 | 1394291 |
| 07/27/2006 | | Invoice=325991 | 1.25 | 93.75 | | | |
| 06/22/2006 | AJT | AMIE TRACIA | 0.25 | 18.75 | Telephone call with Ct. personnel regarding electronic filing and exhibits. | 10992-001 | 1395507 |
| 07/27/2006 | | Invoice=325991 | 0.25 | 18.75 | | | |
| 06/22/2006 | AJT | AMIE TRACIA | 0.50 | 37.50 | Case administration; e-mail to FMG. A. Wagner, LDD regarding status, filed. | 10992-001 | 1395508 |
| 07/27/2006 | | Invoice=325991 | 0.50 | 37.50 | | | |
| 06/26/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Letter from D. Geiger. | 10992-001 | 1398384 |
| 07/27/2006 | | Invoice=325991 | 0.25 | 81.25 | | | |
| 06/29/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Court Order or Notice (Federal Court) (X2). | 10992-001 | 1398887 |
| 07/27/2006 | | Invoice=325991 | 0.25 | 81.25 | | | |
| 06/29/2006 | AEW | ANN WAGNER | 0.50 | 175.00 | Preparation for Federal Court Hearing. | 10992-001 | 1398458 |
| 07/27/2006 | | Invoice=325991 | 0.50 | 175.00 | | | |
| 06/29/2006 | AEW | ANN WAGNER | 1.00 | 350.00 | Hearings/Motions in Federal District Court. | 10992-001 | 1398460 |
| 07/27/2006 | | Invoice=325991 | 1.00 | 350.00 | | | |
| 07/13/2006 | AJT | AMIE TRACIA | 1.00 | 75.00 | Telephone calls (2) with Court personnel regarding electronic filing; review of electronic filing procedure; log into electronic filing system to review documents filed. | 10992-001 | 1403514 |
| 08/11/2006 | | Invoice=326310 | 1.00 | 75.00 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 08/07/2006 | AEW | ANN WAGNER | 2.00 | 700.00 | Review other party's Federal Court pleadings. | 10992-001 | 1423982 |
| 09/26/2006 | | Invoice=328573 | 2.00 | 700.00 | Review file. | | |
| 08/08/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review other party's pleadings filed in | 10992-001 | 1414535 |
| 09/26/2006 | | Invoice=328573 | 0.25 | 81.25 | Federal Court. | | |
| 08/15/2006 | AEW | ANN WAGNER | 1.00 | 350.00 | Review other party's pleadings.  Draft | 10992-001 | 1424006 |
| 09/26/2006 | | Invoice=328573 | 1.00 | 350.00 | E-mail to F. Giordano.  Research Attorney's | | |
| | | | | | Fees (Fed. Court). | | |
| 08/21/2006 | AEW | ANN WAGNER | 3.25 | 1,137.50 | Draft motion, memo for attorney's fees (Fed. | 10992-001 | 1424015 |
| 09/26/2006 | | Invoice=328573 | 3.25 | 1,137.50 | Court). | | |

Billed and Unbilled Recap of Time Detail - [10992-001 - Domestic vs. David Geiger] Page 1
Client:10992 - Leeds, Karen   1/12/2007 12:43:50 PM

Case 1:05-cv-11893-RWZ   Document 34-3   Filed 01/26/2007   Page 5 of 5

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 12/20/2006 | FMG | FRANCES GIORDANO | 0.25 | 81.25 | Review Court Order or Notice--Federal Court (X2). | 10992-001 | 1467487 |
| 12/20/2006 | AEW | ANN WAGNER | 0.25 | 87.50 | Draft Motion for Attorneys' Fees (Fed. Court). | 10992-001 | 1472744 |
| 12/21/2006 | AEW | ANN WAGNER | 4.00 | 1,400.00 | Draft Motion for Attorneys' Fees (Fed. Court) (total 4 hours/1 hour no charge). | 10992-001 | 1472746 |
| 12/22/2006 | AEW | ANN WAGNER | 2.00 | 700.00 | Draft/revise Motion for Attorneys' Fees (Fed. Court). | 10992-001 | 1472749 |
| 12/28/2006 | AEW | ANN WAGNER | 1.50 | 525.00 | Draft/revise Motion for Attorneys' Fees (Fed. Court). | 10992-001 | 1472752 |
| 01/03/2007 | AEW | ANN WAGNER | 0.50 | 175.00 | Draft Federal Motion for Attorneys' Fees. | 10992-001 | 1473914 |
| 01/04/2007 | AEW | ANN WAGNER | 4.00 | 1,400.00 | Draft Federal Motion for Attorneys' Fees. | 10992-001 | 1473915 |
| 01/05/2007 | AEW | ANN WAGNER | 2.75 | 962.50 | Draft Federal Motion for Attorneys' Fees. | 10992-001 | 1473916 |
| 01/07/2007 | AEW | ANN WAGNER | 3.00 | 1,050.00 | Draft Federal Motion for Attorneys' Fees. | 10992-001 | 1473917 |