UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILE NO. 05-CA-11893-RWZ

| | |
|---|---|
| DAVID R. GEIGER, <br>                 Plaintiff, <br><br>   vs. <br><br> FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP as administrator of each of the foregoing plans, <br>                 Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MOTION TO FILE EXHIBIT UNDER SEAL**

      Intervener Plaintiff Karen Leeds ["Leeds"] hereby requests pursuant to Local Rule 7.2 that the court permit the filing of an exhibit comprised of form 1040 of the 2005 federal income tax return of Plaintiff David R. Geiger ["Geiger"] under seal. Leeds states as grounds:

      1. Leeds has filed a motion for an award of attorney's fees pursuant to ERISA against Geiger.

      2. One factor this court must consider is Geiger's ability to satisfy an award.

      3. In order to meet Geiger's unfounded claim of insolvency, Leeds wishes to include form 1040 from Geiger's 2005 tax return as an exhibit (exhibit no. 10) in support of her memorandum of reasons why her motion should be allowed.

      4. Leeds wishes to file Geiger's form 1040, comprised of 2 pages, under seal in accord with his claim of confidentiality in regard to his income tax returns.

734087_1

I hereby certify that I have conferred with the parties herein and attempted in good faith but without success to resolve or narrow the issues presented herein. Neither the plaintiff nor the defendants have any objection to this motion.

WHEREFORE Intervener Plaintiff Karen Leeds requests leave to file an exhibit comprised of form 1040 of the 2005 federal income tax return of Plaintiff David R. Geiger under seal.

Dated: January 26, 2007                             Respectfully submitted,

                                                    KAREN LEEDS,

                                                    By her attorneys,

                                                    RUBIN AND RUDMAN, LLP


                                                     /s/_Frances  M. Giordano_____
                                                    By: Frances M. Giordano, BBO #556769
                                                    50 Rowes Wharf
                                                    Boston, MA 02110
                                                    (617) 330-7000


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 26th day of January, 2007.

                                                    /s/  Frances M. Giordano_____
                                                    Frances M. Giordano