UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11893

David R. Geiger

v.

Foley Hoag LLP Retirement Plan, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-31

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/17/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 29, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/30/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11893-RWZ

Geiger v. Foley Hoag LLP Retirement Plan et al  
Assigned to: Judge Rya W. Zobel  
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 09/19/2005  
Jury Demand: None  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Intervenor Plaintiff**

**Karen Leeds** represented by **Ann E. Wagner**
60 Seaview Avenue
Marshfield, MA 02050
US
617-834-0509
Email: bebop4annie@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frances M. Giordano**
Rubin & Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110
US
617-330-7000
Fax: 617-330-7550
Email: fgiordano@rubinrudman.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David R. Geiger** represented by **David R. Geiger**
22 Tanglewood Road
Wellesley, MA 02481
US
781-431-1411
PRO SE

V.

**Defendant**

**Foley Hoag LLP Retirement Plan** represented by **James J. Dillon**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1109

Fax: 617-832-1976
Email: jdillon@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foley Hoag LLP**
*as administrator of the Foley Hoag LLP Retirement Plan*

represented by **James J. Dillon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foley Hoag LLP Money Purchase Pension Plan**

represented by **James J. Dillon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foley Hoag LLP Savings and Retirement Plan**

represented by **James J. Dillon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2005 | 1 | COMPLAINT against Foley Hoag LLP Retirement Plan, Foley Hoag LLP Filing fee: $ 250. filed by David R. Geiger. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Civil Cover Sheet) (Johnson, Jay) (Entered: 09/21/2005) |
| 09/19/2005 |  | Summons Issued as to Foley Hoag LLP Retirement Plan, Foley Hoag LLP. (Johnson, Jay) (Entered: 09/21/2005) |
| 09/19/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Johnson, Jay) (Entered: 09/21/2005) |
| 09/21/2005 |  | Filing fee: $ 255, receipt number 66996 regarding Complaint (Johnson, Jay) Modified on 9/22/2005 (Johnson, Jay). (Entered: 09/21/2005) |
| 09/28/2005 | 2 | MOTION for Preliminary Injunction by David R. Geiger.(Johnson, Jay) (Entered: 09/29/2005) |
| 09/28/2005 | 3 | MEMORANDUM in Support re 2 MOTION for Preliminary Injunction filed by David R. Geiger. (Johnson, Jay) (Entered: 09/29/2005) |
| 09/28/2005 | 4 | AFFIDAVIT re 2 MOTION for Preliminary Injunction, 3 Memorandum in Support of Motion by David R. Geiger. (Johnson, Jay) (Entered: 09/29/2005) |
| 09/28/2005 | 5 | AMENDED COMPLAINT against Foley Hoag LLP Money Purchase |

CM/ECF - USDC Massachusetts - Version 3.0 as of Docket Report
Case 1:05-cv-11893-RWZ Document 53-2 Filed 01/30/2007 Page 3 of 5
Page 3 of 5

| | | |
|---|---|---|
| | | Pension Plan, Foley Hoag LLP Savings and Retirement Plan, Foley Hoag LLP Retirement Plan, Foley Hoag LLP, filed by David R. Geiger. (Attachments: # 1 Exhibit a-d# 2 Exhibit e-h# 3 Exhibit i-l)(Johnson, Jay) (Entered: 09/29/2005) |
| 09/28/2005 | | Notice of correction to docket made by Court staff. Document #4 (Affidavit) docketed in wrong case please disregard. (Johnson, Jay) Modified on 5/18/2006 (Johnson, Jay). (Entered: 05/18/2006) |
| 10/21/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 2 Motion for Preliminary Injunction without opposition. Plaintiff shall file a proposed order as agreed to by defendant, and shall file a bond in the amount of $1000.00. (Urso, Lisa) (Entered: 10/21/2005) |
| 01/10/2006 | 6 | Letter/request (non-motion) from David R. Geiger regarding issuance of summonses (Johnson, Jay) (Entered: 01/12/2006) |
| 01/12/2006 | | Summons Issued as to Foley Hoag LLP Money Purchase Pension Plan, Foley Hoag LLP Savings and Retirement Plan, Foley Hoag LLP. (Johnson, Jay) (Entered: 01/12/2006) |
| 01/19/2006 | 7 | SUMMONS Returned Executed Foley Hoag LLP Money Purchase Pension Plan served on 1/13/2006, answer due 2/2/2006. (Johnson, Jay) (Entered: 01/20/2006) |
| 01/19/2006 | 8 | SUMMONS Returned Executed Foley Hoag LLP Savings and Retirement Plan served on 1/13/2006, answer due 2/2/2006. (Johnson, Jay) (Entered: 01/20/2006) |
| 01/19/2006 | 9 | SUMMONS Returned Executed Foley Hoag LLP Retirement Plan served on 1/13/2006, answer due 2/2/2006. (Johnson, Jay) (Entered: 01/20/2006) |
| 04/05/2006 | 10 | MOTION for Order by Foley Hoag LLP Money Purchase Pension Plan, Foley Hoag LLP Savings and Retirement Plan, Foley Hoag LLP Retirement Plan, Foley Hoag LLP. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# 5 Exhibit ECF Mandatory Filing Notice)(Johnson, Jay) Additional attachment(s) added on 4/7/2006 (Johnson, Jay). Additional attachment(s) added on 6/29/2006 (Johnson, Jay). Additional attachment(s) added on 6/29/2006 (Johnson, Jay). Additional attachment(s) added on 6/29/2006 (Johnson, Jay). Additional attachment(s) added on 6/29/2006 (Johnson, Jay). Additional attachment (s) added on 6/29/2006 (Johnson, Jay). (Entered: 04/06/2006) |
| 04/05/2006 | 11 | NOTICE of Appearance by James J. Dillon on behalf of Foley Hoag LLP Money Purchase Pension Plan, Foley Hoag LLP Savings and Retirement Plan, Foley Hoag LLP Retirement Plan, Foley Hoag LLP (Attachments: # 1 ECF Mandatory Filing Notice)(Johnson, Jay) (Entered: 04/06/2006) |
| 04/14/2006 | 12 | MOTION for Extension of Time to May 8, 2006 to File Response/Reply as to 10 MOTION for Order by David R. Geiger.(Sonnenberg, Elizabeth) (Entered: 04/18/2006) |
| 04/27/2006 | | Judge Rya W. Zobel : Electronic ORDER entered granting 12 Motion for Extension of Time to File Response/Reply re 10 MOTION for Order |

| | | |
|---|---|---|
| | | Responses due by 5/8/2006 (Urso, Lisa) (Entered: 04/27/2006) |
| 05/08/2006 | 13 | Opposition re 10 MOTION for Order filed by David R. Geiger. (Johnson, Jay) (Entered: 05/09/2006) |
| 05/18/2006 |  | ELECTRONIC NOTICE of Hearing on Motion 10 MOTION for Order: Motion Hearing set for 6/1/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/18/2006) |
| 05/24/2006 | 14 | (Assented to) MOTION to Continue Hearing by David R. Geiger. (Johnson, Jay) (Entered: 05/25/2006) |
| 05/26/2006 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 14 Motion to Continue Hearing reset for 6/29/2006 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/26/2006) |
| 06/21/2006 | 15 | NOTICE of Appearance by Frances M. Giordano on behalf of Karen Leeds (Giordano, Frances) (Entered: 06/21/2006) |
| 06/21/2006 | 16 | First MOTION to Intervene by Karen Leeds.(Giordano, Frances) (Entered: 06/21/2006) |
| 06/21/2006 | 17 | First MOTION to Dismiss by Karen Leeds.(Giordano, Frances) (Entered: 06/21/2006) |
| 06/21/2006 | 18 | MEMORANDUM in Support re 16 First MOTION to Intervene, 17 First MOTION to Dismiss filed by Karen Leeds. (Attachments: # 1 Due to large document size, this is the second part of the Memorandum of Reasons.)(Giordano, Frances) (Entered: 06/21/2006) |
| 06/21/2006 | 19 | Letter/request (non-motion) from Frances M. Giordano regarding Sealed Exhibits. (Johnson, Jay) (Entered: 06/22/2006) |
| 06/22/2006 | 20 | SEALED EXHIBITS re 18 Memorandum in Support of Motions to dismiss and to Intervene by Karen Leeds. (Johnson, Jay) (Entered: 06/22/2006) |
| 06/29/2006 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 10 Motion for Order "Also the motion and exhibits shall be sealed". (Johnson, Jay) (Entered: 06/29/2006) |
| 06/29/2006 | 21 | Judge Rya W. Zobel : ORDER for Preliminary Relief entered. (Urso, Lisa) (Entered: 06/29/2006) |
| 06/29/2006 | 22 | NOTICE of Appearance by Ann Wagner on behalf of Karen Leeds (Urso, Lisa) (Entered: 06/30/2006) |
| 07/10/2006 | 23 | CERTIFICATE OF SERVICE by Karen Leeds re 18 Memorandum in Support of Motion *to Intervene and Motion to Dismiss*. (Giordano, Frances) (Entered: 07/10/2006) |
| 07/10/2006 | 24 | CERTIFICATE OF SERVICE by Karen Leeds re 17 First MOTION to Dismiss. (Giordano, Frances) (Entered: 07/10/2006) |
| 07/10/2006 | 25 | CERTIFICATE OF SERVICE by Karen Leeds re 16 First MOTION to |

|  |  |  |
|---|---|---|
|  |  | Intervene. (Giordano, Frances) (Entered: 07/10/2006) |
| 07/11/2006 | 26 | Opposition re 16 First MOTION to Intervene filed by David R. Geiger. (Johnson, Jay) (Entered: 07/12/2006) |
| 07/17/2006 |  | Judge Rya W. Zobel : endorsedORDER entered granting 16 Motion to Intervene. Plaintiff shall file his opposition to the pending motion to dismiss by 8/7/06. (Urso, Lisa) (Entered: 07/17/2006) |
| 08/04/2006 | 27 | Opposition re 17 First MOTION to Dismiss filed by David R. Geiger. (Johnson, Jay) (Entered: 08/07/2006) |
| 10/30/2006 | 28 | Letter/request (non-motion) from Frances M. Giordano w/unscanned attachment (Johnson, Jay) (Entered: 10/31/2006) |
| 12/20/2006 | 29 | Judge Rya W. Zobel : Memorandum of Decision and ORDER entered granting 17 Motion to Dismiss. Geiger's request for sanctions (Docket #27) is denied. Judgment may be entered dismissing the complaint. (Urso, Lisa) (Entered: 12/20/2006) |
| 12/20/2006 | 30 | Judge Rya W. Zobel : ORDER entered. JUDGMENT entered dismissing the case. (Urso, Lisa) (Entered: 12/20/2006) |
| 01/17/2007 | 31 | NOTICE OF APPEAL as to 29 Order on Motion to Dismiss, 30 Judgment by David R. Geiger. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Johnson, Jay) (Entered: 01/18/2007) |
| 01/26/2007 | 32 | MOTION for Attorney Fees *Pursuant to ERISA* by Karen Leeds. (Giordano, Frances) (Entered: 01/26/2007) |
| 01/26/2007 | 33 | MEMORANDUM in Support re 32 MOTION for Attorney Fees *Pursuant to ERISA* filed by Karen Leeds. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2, Part 1# 3 Exhibit Exhibit 2, Part 2# 4 Exhibit Exhibit 3# 5 Exhibit Exhibit 4, Part 1# 6 Exhibit Exhibit 4, Part 2# 7 Exhibit Exhibit 5, Part 1# 8 Exhibit Exhibit 5, Part 2# 9 Exhibit Exhibit 6# 10 Exhibit Exhibit 7# 11 Exhibit Exhibit 8# 12 Exhibit Exhibit 9# 13 Exhibit Exhibit 11)(Giordano, Frances) (Entered: 01/26/2007) |
| 01/26/2007 | 34 | AFFIDAVIT of Ann Wagner in Support re 32 MOTION for Attorney Fees *Pursuant to ERISA* filed by Karen Leeds. (Attachments: # 1 Exhibit Exhibit 1, Part 1# 2 Exhibit Exhibit 1, Part 2)(Giordano, Frances) (Entered: 01/26/2007) |
| 01/26/2007 | 35 | MOTION for Leave to File *Exhibit Under Seal* by Karen Leeds. (Giordano, Frances) (Entered: 01/26/2007) |