**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

......................................................................

DAVID R. GEIGER,                    |
                                    |
              Plaintiff,            |
                                    |
       v.                           |          No. 05-CA-11893-RWZ
                                    |
FOLEY HOAG LLP RETIREMENT           |
PLAN, et al.,                       |
                                    |
              Defendants.           |

…..................................................................

### PLAINTIFF'S ASSENTED-TO MOTION TO ENLARGE TIME
### TO RESPOND TO INTERVENOR'S MOTION FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 6(b), plaintiff David R. Geiger ("Mr. Geiger") hereby moves

to enlarge the time to respond to Intervenor Plaintiff [sic]'s Motion for Attorney's Fees Pursuant

to ERISA (the "Motion") to and including February 16, 2007.  As grounds, Mr. Geiger states that

the Motion was served by mail on January 26, 2007 and that due to personal matters the

following weekend and business travel and out-of-state appellate filings the following week he

was not able to read the Motion until this past Saturday, February 3, 2007.  Accordingly, the

additional time requested is necessary to permit him to prepare an appropriate response.  Further,

counsel for both the intervenor and the defendants have assented to this motion.

WHEREFORE, Mr. Geiger respectfully requests that his motion be allowed.

Respectfully submitted,

David R. Geiger, pro se
22 Tanglewood Road
Wellesley, MA  02481
(781) 431-1411

Dated: February 7, 2007

## L.R. 7.1 Certificate

I, David R. Geiger, hereby certify that I have conferred with counsel for the intervenor and the defendants and attempted in good faith to resolve or narrow the issue, and that said counsel have each assented to the relief requested in the within motion.

David R. Geiger

## Certificate of Service

I, David R. Geiger, hereby certify that on this 7th day of February, 2007, I served the foregoing Plaintiff's Assented-to Motion to Enlarge Time to Respond to Intervenor's Motion for Attorneys' Fees all parties herein by causing a copy of same to be mailed by first-class mail, postage prepaid, to Ann Wagner, Esq., 60 Seaview Avenue, Marshfield, MA 02050, attorney for intervenor, and Michael P. Boudett, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210, attorney for defendants.

David R. Geiger