UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 FEB 14  P 12: 45

FILE NO. 05-CA-11893-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DAVID R. GEIGER, <br>                 Plaintiff, <br>   <br> vs. <br>   <br> FOLEY HOAG LLP RETIREMENT PLAN, FOLEY HOAG LLP SAVINGS AND RETIREMENT PLAN, FOLEY HOAG LLP MONEY PURCHASE PENSION PLAN and FOLEY HOAG LLP as administrator of each of the foregoing plans, <br>                 Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**LEAVE TO FILE EXHIBIT NO. 10 UNDER SEAL
GRANTED BY ORDER ENTERED ON 2/12/2007**

Leave having been granted on February 12, 2007, Intervenor Plaintiff Karen Leeds hereby files the attached Exhibit No. 10 to her Memorandum of Reasons Why Her Motion For Attorney's Fees Pursuant to ERISA Should Be Allowed, comprised of form 1040 of the 2005 federal income tax return of Plaintiff David R. Geiger, under seal. A copy of the order granting leave to file under seal is attached.

Dated: February 13, 2007

Respectfully submitted,
KAREN LEEDS,
By her attorneys,
RUBIN AND RUDMAN, LLP

*/s/ Frances M. Giordano*
By: Frances M. Giordano, BBO #556769
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

# SEALED   DOCUMENT